AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2018-29

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JOANNE M. LEVESQUE was received by me on *(date)* May 30, 2018, 1:56 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* MARY P. REFUSED LAST NAME, a person of suitable age and discretion who resides there, on *(date)* Tue, Jun 05 2018, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 06/05/2018

*Steven C. Byers*
Server's signature

STEVE BYERS
Printed name and title

215 PEACHAM RD, CTR BARNSTEAD, NH 03225
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 5, 2018, 4:51 pm EDT at COMPANY: 24 SHORE DR, BRISTOL, NH 03222 received by MARY P. REFUSED LAST NAME. Age: 70; Ethnicity: Caucasian; Gender: Female; Weight: 175; Height: 5'6"; Hair: Blond; Other: NO GLASSES/REDDISH BLOND HAIR;

EXHIBIT ~~B~~ A

 wilnick dorval <dorval.wilnick@gmail.com>

## [ServeManager] Job #2334736 Served

RYAN WATKINS <notifications@mail.servemanager.com>  
Reply-To: ryan@heavensentlegal.com  
To: WILNICK DORVAL <DORVAL.WILNICK@gmail.com>

Tue, Jun 5, 2018 at 4:58 PM

## Served

RYAN WATKINS shared a service notification with you:

### Details

**Process Server:** STEVE BYERS

**Date & Time:** Jun 5, 2018, 4:51 pm EDT

**Service Type:** Substitute Service - Personal

**Description of Service:**

### Recipient

Recipient: MARY P. REFUSED LAST NAME  
Age: 70  
Ethnicity: Caucasian  
Gender: Female  
Weight: 175  
Height: 5'6"  
Hair: Blond

**Description of Recipient:** NO GLASSES/REDDISH BLOND HAIR

### Service Address

247 SHORE DR, BRISTOL, NH 03222

## Job & Case

Job: 2334736

Priority: Rush

Client Job: 866623

Recipient: JOANNE M. LEVESQUE

Case: 2018-29

Plaintiff: WILNICK DORVAL

EXHIBIT B A   2

**Defendant:** SAPPHIRE VILLAGE CONDOMINIUM OWNERS ASSOCIATION, ET AL.

**Court:** UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF THE VIRGIN ISLANDS DIVISION OF ST. THOMAS AND ST. JOHN

**County:**

**Documents:** COMPLAINT, SUMMONS, NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

---

**Shared with you by:**

RYAN WATKINS
Heaven Sent Legal Services
ryan@heavensentlegal.com
(866) 331-4220

EXHIBIT A    3