AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2018-29

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LOURDES CORDERO was received by me on *(date)* May 30, 2018, 1:56 pm.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [X] I left the summons at the individual's residence or usual place of abode with *(name)* THOMAS CORDERO , a person of suitable age and discretion who resides there, on *(date)* Thu, May 31 2018 , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 05/31/2018

*Server's Signature*

LYNN KEY

*Printed name and title*

412 E. MADISON ST SUITE 1120, TAMPA, FL 33602

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 31, 2018, 1:30 pm EDT at COMPANY: 10101 COURTNEY PALMS BLVD APT 201, TAMPA, FL 33619 received by THOMAS CORDERO. Age: 40; Ethnicity: Hispanic; Gender: Male; Weight: 230; Height: 6'4"; Hair: Black;

EXHIBIT A 1

 wilnick dorval <dorval.wilnick@gmail.com>

## [ServeManager] Job #2337594 Served
1 message

Steve Rosner <notifications@mail.servemanager.com>   Thu, May 31, 2018 at 3:17 PM
Reply-To: updates@heavensentlegal.com
To: WILNICK DORVAL <DORVAL.WILNICK@gmail.com>

## Served

Steve Rosner shared a service notification with you:

### Details

**Process Server:** MICHAEL ANTHONY

**Date & Time:** May 31, 2018, 1:30 pm EDT

**Service Type:** Substitute Service - Personal

**Description of Service:**

### Recipient

Recipient: THOMAS CORDERO
Age: 40
Ethnicity: Hispanic
Gender: Male
Weight: 230
Height: 6'4"
Hair: Black

**Description of Recipient:**

### Service Address

10101 COURTNEY PALMS BLVD APT 201, TAMPA, FL 33619

### Job & Case

Job: 2337594

**Priority:** Rush

**Client Job:** 866849

**Recipient:** LOURDES CORDERO

Case: 2018-29

EXHIBIT A  2

**Plaintiff:** WILNICK DORVAL

**Defendant:** SAPPHIRE VILLAGE CONDOMINIUM OWNERS ASSOCIATION, ET AL.

**Court:** UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF THE VIRGIN ISLANDS DIVISION OF ST. THOMAS AND ST. JOHN

**County:**

**Documents:** COMPLAINT, SUMMONS, NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

---

**Shared with you by:**

Steve Rosner
Heaven Sent Legal Services
updates@heavensentlegal.com
(866) 331-4220

EXHIBIT A 3