## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| WILNICK DORVAL, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-cv-00029 |
| vs. | ) | |
| SAPPHIRE VILLAGE CONDOMINIUM OWNERS ASSOCIATION, et al | ) | |
| Defendants. | ) | |

## NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE that Michael Fitzsimmons, Esq. of Duensing & Casner enters his special appearance on behalf of Defendant SIDNEY JARVIS.  This notice of special appearance is made without prejudice to challenges and/or objections by this defendant regarding subject matter jurisdiction; personal jurisdiction; improper venue; sufficiency of process; sufficiency of service of process; failure to state a claim; and/or to request a more definite statement.  All pleadings, correspondence, and other documents in this case should be served on the undersigned.

**DUENSING & CASNER**

June 11, 2018

By: */s/ Michael Fitzsimmons*
Michael Fitzsimmons, Esq., VIBA 792
9800 Buccaneer Mall, Bldg. 2, Suite 9
St. Thomas, U.S. Virgin Islands 00802
Tel:  (340) 774-6011
Fax:  (340) 776-8520
mfitzsimmons@vilawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of this filing to all electronic filing users, and I hereby certify that on June 11, 2018 I caused a true and exact copy of the foregoing to be served via pre-paid first class U.S. Mail on the following non- CM/ECF filer:

                        No non-CM/ECF filers listed as of the date of this filing

                        */s/ Michael Fitzsimmons*