AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2018-29

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MICHAEL H. BAIRD was received by me on *(date)* May 30, 2018, 1:56 pm.

[X] I personally served the summons on the individual at *(place)* 171 PARKVIEW DR, PINKERTON, OH 43147 on *(date)* Thu, May 31 2018 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/31/2018

_____
Server's signature

ERICA CREMEANS
_____
Printed name and title

2862 JOHNSTON RD SUITE 200, COLUMBUS, OH 43219
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 31, 2018, 5:35 pm EDT at COMPANY: 171 PARKVIEW DR, PINKERTON, OH 43147 received by MICHAEL H. BAIRD. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 6'; Hair: Gray; Other: WEARING GLASSES;

EXHIBIT F    2

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the District Court of the Virgin Islands
Division of St. Thomas and St. John

WILNICK DORVAL
*Plaintiff(s)*

v.

Sapphire Village Condominium Owners Association, et al
*Defendant(s)*

Civil Action No. 2018-29

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michael Baird
171 Parkview Drive
Pickerington, Ohio 43147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

WILNICK DORVAL
6700 Sapphire Village, Apt 265
St. Thomas, V.I. 00802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Glenda L. Lake, Esquire
CLERK OF COURT

Date: 5/23/2018

*Signature of Clerk or Deputy Clerk*

EXHIBIT F                    1