AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2018-29

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CLARENCE LEVESQUE</u> was received by me on *(date)* <u>May 30, 2018, 1:56 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>MARY P. REFUSED LAST NAME</u> , a person of suitable age and discretion who resides there, on *(date)* <u>Tue, Jun 05 2018</u> , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$56.25</u>.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**STEVE BYERS**

*Printed name and title*

**215 PEACHAM RD, CTR BARNSTEAD, NH 03225**

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 5, 2018, 4:51 pm EDT at COMPANY: 24 SHORE DR, BRISTOL, NH 03222 received by MARY P. REFUSED LAST NAME. Age: 70; Ethnicity: Caucasian; Gender: Female; Weight: 175; Height: 5'6"; Hair: Blond; Other: NO GLASSES/ REDDISH BLOND HAIR;

EXHIBIT C    2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the District Court of the Virgin Islands
Division of St. Thomas and St. John

WILNICK DORVAL
_____
Plaintiff(s)

Sapphire Village Condominium
Owners Association, et al
_____
Defendant(s)

Civil Action No. 2018-29

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CLARENCE LEVESQUE
24 SHORE DRIVE
BRISTOL, NEW HAMPSHIRE 03222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  WILNICK DORVAL
6700 Sapphire Village, Apt 265
St. Thomas, V.I. 00802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Glenda L. Lake, Esq.
CLERK OF COURT

Signature of Clerk or Deputy Clerk

Date: 5/23/2018

EXHIBIT C                    1