DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| WILNICK DORVAL, | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 3:18-CV-00029 |
| | ) | |
| Vs. | ) | |
| | ) | |
| SAPPHIRE VILLAGE CONDOMINIUM | ) | |
| OWNERS ASSOCIATION, et al | ) | |
| | ) | |
| Defendants | ) | |

### MOTION TO DISMISS

Comes now Defendant Madlon Jenkins-Rudziak, also known as, Madlon Jenkins, pro se, and moves the Court to Dismiss this action, as to this Defendant, for failure to state cause of action against this Defendant and for such further relief as the Court deems just and proper.

In support of the Motion to Dismiss, I have attached the Affidavit of the Defendant, Madlon Jenkins-Rudziak.

Dated: June 19, 2018

Respectfully submitted,

Madlon Jenkins-Rudziak (aka Madlon Jenkins), Pro Se
157 Farrington Drive
Newnan, GA 30263
Tel: 678-877-5743

### CERTIFICATE OF SERVICE

I certify that on June 19, 2018 I caused a true and exact copy of the foregoing to be served pre-paid first class U.S. Mail on the following:

Wilnick Dorval
6700 Sapphire Village
Apt. 265
St.Thomas, VI 00802
(917) 602-3354
Dorval.wilnick@gmail.com

Madlon Jenkins-Rudziak, (aka Madlon Jenkins), Pro Se

Rec'd DOJ-ST 06 21'18 PM 12:59

Tel: 678-877-5743

State of Georgia
County of Coweta

The foregoing Affidavit was acknowledged before my this 19 day of June 2018 by Madlon Jenkins-Rudziak (aka Madlon Jenkins).

_____
Notary Public



My Commission Expires: 01 / 29 / 2021