IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| WILNICK DORVAL, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-cv-00029 |
| | ) | |
| vs. | ) | |
| | ) | |
| SAPPHIRE VILLAGE CONDOMINIUM OWNERS ASSOCIATION, et al | ) | |
| Defendants. | ) | |
| WILNICK DORVAL, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:16-cv-00050 |
| | ) | |
| vs. | ) | |
| | ) | |
| SAPPHIRE VILLAGE CONDOMINIUM OWNERS ASSOCIATION, et al | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL DEPOSITION OF PLAINTIFF
AND FOR SANCTIONS FOR FAILURE TO APPEAR**

Pursuant to Federal Rule of Civil Procedure 37(d)(1) and LRCi 37.1, Defendant Sapphire Village Condominium Owners Association ("Sapphire") has moved for 1) an order directing Plaintiff to appear for his own deposition following his failure to appear for his deposition noticed for June 10, 2019; and 2) an order directing Plaintiff to reimburse Sapphire for the fee for the one hour wasted by its attorney in attending the deposition for which Plaintiff did not appear. In support of this motion, Sapphire would show the Court as follows.

**The non-event**

On May 21, 2019, Sapphire served Plaintiff with notice to appear for his own deposition at 9:30 a.m. on June 10, 2019 "at the District Court of the Virgin Islands, St. Thomas Division, or an alternative

location to be designated in advance of the deposition." ECF # 735.

On June 7, 2019, Sapphire served Plaintiff with an amended notice to appear for his own deposition. The amended notice was identical to the original except that the amended notice clarified that the location would be in Courtroom 3 at the District Court of the Virgin Islands, St. Thomas Division, Ron deLugo Federal Building, 5500 Veterans Drive, St. Thomas, VI 00802. ECF # 814.

On June 10, 2019, at 9:30 a.m., undersigned counsel for Sapphire; counsel for the Cordero defendants, and Claudia Woldow, *pro se*; and the stenographer appeared for Plaintiff's deposition. Exhibit 1 (transcript).

At 10:00 a.m., counsel for the Cordero defendants sent email to Plaintiff advising him the attending parties were present and that they would wait until 10:30 a.m. (one hour after the scheduled start) before adjourning, in hopes that he would appear. Exhibit 2 (Rich email).

By 10:30 a.m., Plaintiff had failed to appear and the attending parties adjourned. Exhibit 1. No rule or protective order excused Plaintiff from appearing for his deposition.

### Sapphire conferred with Plaintiff regarding his deposition

Plaintiff refuses to communicate with undersigned counsel. Sapphire's co-counsel Andrew Simpson communicated repeatedly with Plaintiff in attempts to ensure that Plaintiff appeared for his properly noticed deposition. *See, generally,* Exhibit 3, which contains a sampling of the email exchanges between Simpson and Plaintiff. To the extent that it may be required, undersigned counsel and Simpson certify to the Court that they have tried in good faith to secure Plaintiff's attendance at his own deposition without resorting to this motion.

### Conclusion - Relief Sought

Based upon the foregoing, it appears that the only thing that will make Plaintiff appear for his own deposition is an order of this Court directing him to appear and stating the possible consequences of not appearing. Accordingly, Sapphire prays for such an order in the form submitted herewith.

In this case, the undersigned charges $275 per hour.  Undersigned wasted several hours preparing for Plaintiff's deposition, traveling to the deposition, waiting one hour for Plaintiff to appear, and traveling from the deposition.  However, as a sanction for his failure to appear, Sapphire asks only that it be reimbursed in the amount of $275 for the one hour the undersigned waited in the courtroom for Plaintiff to appear.  Sapphire also paid $124 to the stenographer for her appearance fee and a transcript of its attempt to depose Plaintiff.  Exhibit 4. Accordingly, Sapphire prays that this Court will also order Plaintiff to reimburse it in the total amount of $399.

**DUENSING & CASNER**

June 17, 2019

By: *s/ Michael Fitzsimmons*
Michael Fitzsimmons, Esq., VIBA 792
9800 Buccaneer Mall, Bldg. 2, Suite 9
St. Thomas, U.S. Virgin Islands 00802
Tel:  (340) 774-6011
Fax:  (340) 776-8520
mfitzsimmons@vilawyers.com

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2019, the foregoing document was filed with this Court via its ECF system, which will send a notice of filing to all parties who have appeared in this action as listed below:

Wilnick Dorval
6700 Sapphire Village, Apt. 265
St.Thomas, VI 00802
917-602-3354
Email: dorval.wilnick@gmail.com
*Pro Se*

John H Benham , III
Boyd L Sprehn
1001 Frederiksberg Gade
P.O. Box 11720
St Thomas, VI 00801-4720
340-774-0673
Email: john@benhamlawvi.com
sprehn@benhamlawvi.com
Attorney for Joanne Levesque

Carol Ann Rich
Malorie Diaz
BRATHWAITE LAW LLC

Al Cohen's Plaza No.6 Bldg 1 4001
Raphune Hill, Suite 109
St. Thomas, VI 00802
340-776-7474
Email: crich@dudleylaw.com
ajbaptiste@dudleylaw.com
Attorney for Lourdes Cordero and
Thomas Cordero

Andrew C. Simpson
2191 Church St., Ste. 5
Christiansted, VI 00820
340-719-3900
asimpson@coralbrief.com
Co-Counsel for Sapphire Village, Sidney Jarvis,
Michael Baird, Michelle Lange, Todd Farrand,
Nicholas Overmyer

Claudia A Woldow
Email: mcwoldow@live.com
*Pro Se*

Bernard M. VanSluytman
P.O. Box 6878
St. Thomas, VI 00804
Tel.: (340) 774-9153
vanesql@yahoo.com
*Pro Se*                                                    s/ *Michael Fitzsimmons*